### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
#### AT CLARKSBURG

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS AG, NOVARTIS PHARMA AG and LTS LOHMANN-THERAPIE SYSTEME AG | )<br>)<br>)<br>) Civil Action No. 1:14-CV-106-IMK |
| Plaintiffs, | ) |
| v. | ) |
| MYLAN PHARMACEUTICALS INC. AND MYLAN TECHNOLOGIES, INC. | )<br>) |
| Defendants. | ) |

**MOTION FOR LEAVE FOR ANDREA L. CHEEK TO WITHDRAW AS COUNSEL**

COME NOW Defendants Mylan Pharmaceuticals Inc. and Mylan Technologies, Inc., by counsel, and move this Court to grant leave to Andrea L. Cheek to withdraw as counsel on behalf of Mylan Pharmaceuticals Inc. and Mylan Technologies, Inc. .  The basis for this motion is that Andrea L. Cheek will no longer be associated with the law firm Knobbe, Martens, Olson & Bear, LLP.  This matter will continue to be handled by Gordon H. Copland and William J. O'Brien of the firm of Steptoe & Johnson PLLC, and William R. Zimmerman, Jay R. Deshmukh, Thomas Krzeminski and William O. Adams of Knobbe, Martens, Olson & Bear, LLP, all of whom have already entered their appearance and been admitted pro hac vice in this matter.  Please find attached hereto a proposed order for the Court's convenience.

Respectfully submitted this 9th day of September 2015.

/s/ *William J. O'Brien*
Gordon H. Copland (WV Bar #828)
  gordon.copland@steptoe-johnson.com
William J. O'Brien (WV Bar #10549)
  william.obrien@steptoe-johnson.com
Steptoe & Johnson PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330
(304) 933-8000
(304) 933-8183 (fax)


OF COUNSEL:

KNOBBE, MARTENS, OLSON & BEAR, LLP

William R. Zimmerman
  bill.zimmerman@knobbe.com
Jay R. Deshmukh
  jay.deshmukh@knobbe.com
1717 Pennsylvania Ave. NW, Ste. 900
Washington, DC  20006
Tel: 202-640-6400

Thomas Krzeminski
  thomas.krzeminski@knobbe.com
William O. Adams
  william.adams@knobbe.com
2040 Main St., 14th Fl.
Irvine, CA  92614
Tel: 949-760-0404

*Attorneys for Mylan Pharmaceuticals Inc. and Mylan Technologies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of September 2015, I electronically filed the foregoing "Motion for Leave for Andrea L. Cheek to Withdraw as Counsel" with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| James F. Companion | Nicholas N. Kallas |
| Yolonda G. Lambert | Christopher E. Loh |
| SCHRADER, BYRD & COMPANION, PLLC | Charlotte Jacobsen |
| The Maxwell Centre | FITZPATRICK CELLA HARPER & SCINTO |
| 32-20th Street, Suite 500 | 1290 Avenue of the Americas |
| Wheeling, WV  26003 | New York, NY  10104-3800 |
| jfc@schraderlaw.com | nkallas@fchs.com |
| ygl@schraderlaw.com | cloh@fchs.com |
| | cjacobsen@fchs.com |

*/s/ William J. O'Brien*