## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### AT CLARKSBURG

| | | |
|---|---|---|
| NOVARTIS PHARMACEUTICALS | ) | |
| CORPORATION, NOVARTIS AG, | ) | |
| NOVARTIS PHARMA AG and LTS | ) | |
| LOHMANN-THERAPIE SYSTEME AG | ) | Civil Action No. 1:14-CV-106-IMK |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MYLAN PHARMACEUTICALS INC. AND | ) | |
| MYLAN TECHNOLOGIES, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For reasons appearing to the Court and for good cause shown, the Court **GRANTS**
Defendants' Motion for Leave for Andrea L. Cheek to Withdraw as Counsel and **ORDERS** that
attorney Andrea L. Cheek is hereby withdrawn as counsel for defendants Mylan Pharmaceuticals
Inc. and Mylan Technologies, Inc. in this matter.

The Court **DIRECTS** the Clerk to terminate attorney Andrea L. Cheek from CM/ECF list
of counsel in this case.

ENTERED:  _____, 2015

_____
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE

6986647                                              4